66 So.3d 1034 (2011)
Mary Therese CHARLES, Appellant,
v.
COUNTRYWIDE HOME LOANS, INC., Appellee.
No. 3D10-3198.
District Court of Appeal of Florida, Third District.
July 27, 2011.
Rehearing Denied August 26, 2011.
James Jean-Francois, for appellant.
Berman Rennert Vogel & Mandler and Thomas S. Ward, for appellee.
Before CORTINAS and LAGOA, JJ., and SCHWARTZ, Senior Judge.
PER CURIAM.
Affirmed. See Tribeca Lending Corp. v. Real Estate Depot, Inc., 42 So.3d 258 (Fla. 4th DCA 2010).